UNITED STATES DISTRICIT COURT

SOUTHERN DISTRICT INDIANA

NEW ALBANY DIVISION

No. 4:25-cv-00002-TWP-TAB

DALE WILLIAMSON AND ON BEHALF OF OTHERS DISABLE IDENVISUAL/STUDENTS
PLAINTIFF
v.

STATE OF INDIANA, et al.

FILED
JAN 28 2025
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

## PLAINTIFF'S MOTION FOR DEFULT JUDGMENT

The plaintiff is filing a Motion for Default Judgment against the defendant pursuant to Federal Rule of Civil Procedure 55(b) **Entering a Default Judgment** (1) *By the Clerk*. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.(2) *By the Court*. In all other cases, the party must apply to the court for a default judgment.

The Plaintiff filed a complaint on December 31, 2024, which the defendant Indiana or Indiana Attorney General Counsel Office has failed to appear or respond to Plaintiff's complaint.

### Factual Background

Indiana Governor Eric Holcomb was served via USPS certified Mail tracking number 70223330000004561989 Delivered January 02, 2025

Indiana Attorney General Office Todd Rokita was served via USPS certified Mail tracking number 70223330000004561903 Delivered January 02, 2025

No. 4:25-cv-00002-TWP-TAB

On January 27, 2025 State of Indiana Entity and State of Indiana Entities Employees Defendants Trustees of Ivy Tech Community College Indiana, Andrew Wilson, Dr. Sue Ellspermann, Claire McRoberts, Carey Treager and Sandra Senator-Robertts had private Counsel Ice Miller attorneys Germaine Winnick Willett and Rachel Mattingly Philips to file an appearance requesting time extension to answer complaint, However Indiana State Attorney General Office is counsel for all State of Indiana Entities and State of Indiana Entities Employees when the State of Indiana is name as a Defendant.

**Argument**

The defendant Indiana or Indiana Attorney General Counsel Office (which is counsel for the state of Indiana and all State of Indiana Entities and State of Indiana Entities Employees) failure to respond to complaint in a timely manner constitutes a default under Rule 55(a).

The Plaintiff is entitled to Default Judgment based on the uncontested facts in the complaint.

The Defendants Trustees of Ivy Tech Community College Indiana, Andrew Wilson, Dr. Sue Ellspermann, Claire McRoberts, Carey Treager and Sandra Senator-Robertts private Counsel Ice Miller attorneys Germaine Winnick Willett and Rachel Mattingly Philips filed a reponse requesting additional time to cause a delay since even if given till February 28, 2025 cannot provide argument/evidence showing Ivy Tech Community College Indiana Board of Trustees had/has an ADA/Title II or Ivy Tech Community College Indiana Sellersburg campus had/has an ADA/Title II Coordinator or any adequately trained disability staff and Ice Miller was counsel on record in State complaint and attorneys were authors of exhibits 3 Ivy Tech's answer to Plaintiff's State Court complaint, 4.1 Ivy Tech's answer to Plaintiff's to discovery request for

admission, 4.2 Ivy Tech's answer to Plaintiff's to interrogatories and Ice Miller LLP had attorneys on record during Exhibit 2 Court of Appeals of Indiana 21A-PL-1386 attached to Plaintiff's Motin For Summary Judgment, which Defendants are required to respond to by January 31, 2025

## Relief Requested

All mandated remedies listed in complaint

1. Plaintiff prays for court writ from the Federal Court forcing Ivy Tech comply with the Disability and Rehabilitation Act of 1973, American with Disability Act of 1990, and American with Disability Act Amendments ACT 2008 by taking the follow action:

2. Mandatory non monitory and monitory Restitution damages remedies as matter of law to protect/enforce Government's interest in ADA/ADA/Title II

3. Indiana's Governor appoints an ADA/Title II Coordinator that governs Ivy Tech Community College Indiana that will act as intern ADA/Title II Coordinator over Ivy Tech Community College Sellersburg campus.

4. Ivy Tech Community College Indiana Board of Trustee creates By Laws of Ivy Tech's ADA/Title II Coordinators.

5. Ivy Tech Community College Indiana Board of Trustee creates By Laws that Barr Ivy Tech's General Counsel Office from performing/interfering with the Duties of ADA/Title II Coordinator.

6. Ivy Tech's ADA/Title II Coordinator that governs Ivy Tech Community College Indiana must appoint ADA/Title II Coordinator over Ivy Tech Community College Sellersburg campus and all other campus that has 50 or more employees and students.

7. Ivy Tech Community College Indiana Board of Trustee creates new Anti Disability Discrimination policies that limits ADA/Tile II Due Process interactive to disable indivusal only having to self identify providing ADA/Tile II Disability Documentation with request for Reasonable Disability Accommodations/Academic Adjustments that includes Reasonable Disability Academic Adjustments "Extended Time for submission of Writing Assignments of 1.5x Times" and "Use of Laptop for Note Taking" including creating a general Non-retaliation policy that clarify explains that disability accommodations cannot be denied/ declarer unnecessary as a form of punishment for filing Disability Discrimination complaint.

8. Creating web page that clearly explains what disability rights are, what Ivy Tech's disability discrimination internal grievance processor is and how to contact Campus and Governing Statewide ADA/504 coordinator if discrimination accurse.

9. Ivy Tech Community College Indiana provide Mr. Williamson a Disability Faculty Notification Letter that includes "Extended Time for submission of Writing Assignments of 1.5x Times" and "Use of Laptop for Note Taking" and void of all contractual wording.

10. Ivy Tech Community College Indiana returns all federal funds that list Mr. Williamson (disable student by name) such as Pell Grant, Stanford Student Loans and Scholarships.

11. Legal fees

12. Order barring Ivy Tech General Counsel Office from performing/interfering with duties of ADA/Title II Coordinator.

13. Order barring Ivy Tech Campuses Non ADA/Title II Coordinator faculty from performing/interfering with duties of ADA/Title II Coordinator.

14. Order barring Ivy Tech Campuses DSS Staff from withhold disability accommodation wording and altering, adding contractual wording to disability FNL.

15. Monitory Damages in the amount of $12,000,000 twelve million dollars for Compensatory, Consequential, Punitive, reliance, equitable damages; equitable, legal fees but not limited to costs, attorney fees; and all other relief to which they may be entitled.

## Conclusion

Plaintiff requests for the court to enter a default judgment against the defendants in accordance with the relief outlined in the motion

I Certify that all statements made are known to be true in Complaint and Respectfully submitted,
/s/ Dale Williamson

Dale Williamson

2914 S. Walford Dr.

Jeffersonville, Indiana 47130

(502) 912-7474

Fire4027@gmail.com

### CERTIFICATE OF SERVICE

I certify that on January 28, 2025, the foregoing was served upon the following person(s) by depositing the foregoing in the U.S. Mail, first class, postage prepaid, if exempt or non-registered user.
SERVE:

Indiana Attorney General Office

Todd Rokita

302 West Washington Street 5th Floor

Indianapolis, Indiana 46204

Ice Miller LLP

Germaine Winnick Willett

One American Square, Suit 2900

Indianapolis, Indiana 46282