## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| DALE WILLIAMSON on behalf of others disable idenvisual/students, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  No. 4:25-cv-00002-TWP-TAB ) |
| STATE OF INDIANA, IVY TECH COMMUNITY COLLEGE INDIANA, DREW WILSON Ivy Tech Community College Indiana Board Of Trustee Chair, professional compactly, SUE ELLSPERMANN Ivy Tech Community College Indiana Presidet, professional compactly, CLAIRE MCROBERTS Ivy Tech Community College Indiana General Counsel, professional compactly, CAREY TREAGER Ivy Tech Community College Indiana Assistat Vice Presidet, professional compactly, IVY TECH COMMUNITY COLLEGE INDIANA SOUTH BEND ELKHART DISABILITY SERVICES, SANDRA SENATORE-ROBERTS Executive Director Of Student Advocacy, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### **FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Order directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is **dismissed**.

Dated: 11/24/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

1

Distribution:

DALE WILLIAMSON
2914 S. Walford Dr.
Jeffersonville, IN 47130

Phillip J. Jones
Ice Miller LLP
Phillip.Jones@icemiller.com

Adrienne Nicole Pope
INDIANA ATTORNEY GENERAL
adrienne.pope@atg.in.gov

Germaine Winnick Willett
ICE MILLER LLP (Indianapolis)
germaine.willett@icemiller.com